# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Jeremy Allen Stanton<br><br>    Debtor(s)<br><br>USAA Federal Savings Bank<br><br>    Movant(s),<br>vs.<br><br>Jeremy Allen Stanton, Debtor and Robert E Eggmann, Trustee<br><br>    Defendant(s). | In Proceedings<br>Under Chapter 7<br><br>BK 18–31423–lkg |

## ORDER LIFTING AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

    This matter is before the Court on a motion for relief from automatic stay and abandonment of property filed on 10/18/2018; it appearing to the Court

☑     that the debtor has not filed an objection and/or has consented to the motion;

☑     that the Trustee has not filed an objection and/or has consented to the motion;

☐     other:

    **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted. The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

    **IT IS FURTHER ORDERED** that said property is deemed abandoned from the bankruptcy estate.

ENTERED: November 2, 2018                                /s/ Laura K. Grandy
                                                                         UNITED STATES BANKRUPTCY JUDGE